IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cr-04028-BCW-1,2 |
| | ) | |
| KENNETH HARBEY HUDSON (01), | ) | |
| PHILIP DANIEL DENNINGTON (02), | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #91) denying Defendant Hudson's Motion to Suppress Evidence and Statements (Doc. #62), and Defendant Dennington's Motion to Suppress Evidence (Doc. #81) . No objections have been filed by Defendants to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #91), Defendants' Motions to Suppress (Doc. #62 and Doc. 81) are DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: June 14, 2017 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT